UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>CANYON WILLOW TROP OWNERS' ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:16-cv-01325-MMD-GWF<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Wells Fargo Bank, N.A. has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 6th day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE